JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hector Gutierrez,<br><br>                  Plaintiff,<br><br>    v.<br><br>Defendant 1 et al.,<br><br>                  Defendants. | Case No. EDCV 24-01923-KK-SHKx<br><br>JUDGMENT |

Pursuant to the Order Granting Plaintiff's Amended Motion for Default Judgment, **IT IS HEREBY ADJUDGED** that Judgment is entered in favor of plaintiff Hector Gutierrez ("Plaintiff") against defendant Defendant 1.

Pursuant to this Judgment, defendant Defendant 1 is **ORDERED** to pay Plaintiff damages in the amount of $2,152,905.67 from the date of entry of judgment in this action.  (JS-6)

Dated: January 8, 2026



HONORABLE KENLY KIYA KATO
United States District Judge